## Affidavit of Process Server

Houston Casualty Co. _____ vs. CR Development, et al _____ 1:18CV1655

Plaintiff/Petitioner _____ Defendant/Respondent _____ Case#

Being duly sworn, on my oath, I _____ TRINITY McHATTEN

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served CR Development Company LLC

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $ _____ witness fee and mileage

✗ Summons & Complaint

by serving (NAME) EZEQUIEL HERMOSILLO : CSC

at ☐ Home

☒ Business 222 So. Riverside Plaza 23RD FLR. Chicago IL

☐ on (DATE) 3/7/18 at (TIME) 10:09A

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, EZEQUIEL HERMOSILLO : CSC - Authorized to Accept Service

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Evading   ☐ Other: _____

☐ Address does not exist   ☐ Service cancelled by litigant

☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:

| ( ) | DATE | TIME | ,( ) | DATE | TIME | ,( ) | DATE | TIME |
|---|---|---|---|---|---|---|---|---|
| ( ) | DATE | TIME | ,( ) | DATE | TIME | ,( ) | DATE | TIME |

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☒ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☒ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

SERVED BY

Subscribed and sworn to before me

A notary public, this 7 day of March 20 18

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/01/19

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS