# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LR DEVELOPMENT COMPANY LLC dba ) | Case No. 1:18-cv-01655 |
| RELATED MIDWEST; GRANT PARK ) | |
| CHICAGO SYNDICATED ) | Hon. Rebecca R. Pallmeyer |
| HOLDINGS II, LLC; and MUSEUM PARK ) | |
| PLACE SOUTH CONDOMINIUM ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between all parties who have appeared in the captioned lawsuit, acting through their respective undersigned counsel, that all claims in the lawsuit shall be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: April 11, 2018

Respectfully submitted,

/s/ Jordon S. Steinway
Jordon S. Steinway
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3169
Email: jsteinway@batescarey.com

*Counsel for Houston Casualty Company*

/s/ Joseph L. Cohen (with consent)
Joseph L. Cohen
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Telephone: (312) 541-0151
Email: jcohen@shawfishman.com

*Counsel for LR Development Company LLC*


/s/ John W. Roberts (with consent)
John W. Roberts
BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone: (312) 984-3100
Email: john.roberts@bfkn.com

*Counsel for Grant Park Chicago Syndicated Holdings II, LLC*


/s/ Karen L. Beverly (with consent)
Karen L. Beverly
PENLAND & HARTWELL, LLC
One N. LaSalle Street, 38th Floor
Chicago, IL 60602
Telephone: (312) 578-5610
Email: Kbeverly@penhart.com

*Counsel for Museum Park Place South Condominium Association*

12244.1924446