UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Houston Casualty Company

                        Plaintiff,

v.                                           Case No.: 1:18−cv−01655
                                                 Honorable Rebecca R. Pallmeyer

LR Development Company LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 12, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation, the above cause is dismissed pursuant to Rule 41(a)(1)(A)(ii), each party to bear its own costs and fees. Rule 16 conference set for 5/7/2018 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.